## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robin M. Lee, )
)
           Plaintiff, ) Case No.: 2:13-cv-01781-GMN-NJK
vs. )
) **ORDER**
The Hawaii Bar Assoc., *et al*., )
)
           Defendants. )
)

Before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe. (ECF No. 2.) *Pro se* Plaintiff Robin M. Lee filed an Objection (ECF No. 3) and a Notice of Appeal (ECF No. 4). As discussed below, the Court will accept and adopt in full Judge Koppe's Report and Recommendation ("R&R").

This action was referred to Judge Koppe by District of Nevada Local Rule IB 1-9 and under 28 U.S.C. § 1915 upon Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1). Upon screening Plaintiff's Complaint (ECF No. 1-1), Judge Koppe found that Plaintiff's allegations indicate that a finding of factual frivolousness is appropriate, and recommended dismissal of Plaintiff's Complaint with prejudice. (*Id.*) Judge Koppe also recommended granting Plaintiff's Application to Proceed *In Forma Pauperis*. (*Id.*)

Plaintiff appears to object to Judge Koppe's finding that Plaintiff's claims are frivolous and to Judge Koppe's recommendation to dismiss Plaintiff's Complaint with prejudice. (ECF No. 3.) Plaintiff also filed a Notice of Appeal (ECF No. 4) indicating objections to Judge Koppe's R&R in this case, and in another case pending in this jurisdiction, *Lee v. Wynn*, No. 2:13-cv-01776-JCM-NJK (D. Nev. 2013).

A party may file specific written objections to the findings and recommendations of a

1  Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB
2  3-2.  Upon the filing of such objections, the Court must make a de novo determination of those
3  portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or
4  modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28
5  U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

6  Here, Plaintiff's grounds for objecting to Judge Koppe's R&R are unclear.  Plaintiff's
7  Objection consists entirely of the following paragraph:

> Comes now Plaintiff above files his motion of objection to his case being dismissed with prejudice is not frivolous, meritless in Nevada Bar engineering a pre-filing review order soon.

10  (ECF No. 3.)  Plaintiff includes an additional two lines of text unintelligible to the Court:

> [handwritten] 3RD QUARNL U.S. DIST. HW. REPORTS # 1781 CIVILS FILED!"
> 2013  V.  EST.  2012  2007 Nov/2012;

13  (*Id*.)  Having reviewed Plaintiff's Complaint (ECF No. 1-1), Judge Koppe's R&R (ECF No. 2),
14  and Plaintiff's Objection (ECF No. 3) and Notice of Appeal (ECF No. 4), the Court finds no
15  grounds to reject or modify Judge Koppe's findings or recommendations.  Accordingly, the
16  Court will accept and adopt in full Judge Koppe's R&R (ECF No. 2).

17  **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 2) is
18  **ACCEPTED** and **ADOPTED** in full.  Plaintiff's Application to Proceed *In Forma Pauperis*
19  (ECF No. 1) is **GRANTED**.  Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED with**
20  **prejudice**, and this case shall be closed.

22  **DATED** this 31st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court